IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW FOGEL,

      Plaintiff,                          No. CIV S-05-0444 DFL KJM

      vs.

OFFICER COLLINS, et al.,

      Defendants.                    ORDER

_____/

      Plaintiff has filed an ex parte application to shorten time for hearing on a motion to compel. Plaintiff has failed to demonstrate circumstances warranting issuance of such an order. See Local Rule 6-144(e). Moreover, a proposed joint stipulation was not sent to opposing counsel until the day such a stipulation was required to be filed with the court and no joint stipulation has been timely filed for consideration by the court prior to the October 26, 2005 law and motion calendar. See Local Rule 37-251(a). Accordingly, IT IS HEREBY ORDERED the application for order shortening time is denied.

DATED: October 24, 2005.

                                               UNITED STATES MAGISTRATE JUDGE

006 fogel.ost